IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERLYN EUGENE MAAS,

    Petitioner,                        No. CIV S-08-0852 GEB GGH P

    vs.

JAMES E. TILTON, et al.,            ORDER

    Respondents.

_____/

        A joint scheduling statement was filed in this matter, on June 9, 2008, pursuant to the Order, filed on May 8, 2008. Petitioner, represented by appointed counsel, indicates that he will stand on the existing petition challenging the 2006 decision by the California Board of Parole Hearings (BPH) denying him parole, while respondent intends to file a motion to stay in light of a rehearing en banc that was recently granted by the Ninth Circuit in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008). Petitioner intends to oppose the motion.

\\\\

\\\\

\\\\

\\\\

\\\\

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 06/20/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
maas0852.osc